

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2003CR1408-R |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RAYMUNDO IRACHETA-BARRERA (1), | |
| Defendant. | |

Due to the unavailability of the Honorable John S. Rhoades, and good cause appearing, this case shall be transferred to the Honorable Barry Ted Moskowitz for all future proceedings. Hearing on revocation of supervised release set for August 3, 2007 is vacated and reset for **August 16, 2007 at 1:30 pm** before the Honorable Barry Ted Moskowitz.

**IT IS SO ORDERED.**

Dated: 8/1/07

IRMA E. GONZALEZ, Chief Judge
Southern District of California