AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN _____  District of _____  CALIFORNIA

FILED
'07 AUG 22  AM 9: 25

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>RAYMUNDO IRACHETA-BARRERA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:   03CR1408-BTM<br><br>Stephen Demik,Federal Defender's Inc.<br><sub>Defendant's Attorney</sub> |

**REGISTRATION No.**    55900065

X    admitted guilt to violation of allegation(s) No.        One _____

was found in violation of allegation(s) No.        after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation  Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense |

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

August 16, 2007
<sub>Date of Imposition of Sentence</sub>

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        RAYMUNDO IRACHETA-BARRERA
CASE NUMBER:      03CR1408-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SEVEN (7) MONTHS consecutive to the sentence in Western District of Texas DR06CR0521.

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

X       The court makes the following recommendations to the Bureau of Prisons:
        **THAT THE DEFENDANT SERVE HIS SENTENCE IN OREGON.**

☐       The defendant is remanded to the custody of the United States Marshal.

☐       The defendant shall surrender to the United States Marshal for this district:

        ☐   at _____  ☐ a.m.   ☐ p.m.   on _____ .

        ☐   as notified by the United States Marshal.

☐       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐   before 2 p.m. on _____ .

        ☐   as notified by the United States Marshal.

        ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL